# MINUTE ORDER

Page 6

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3    Date: 9/23/2019    Time: 1:30 p.m.

Defendant: FERNANDO TABORDA    J#: 40722-018    Case #: 18-20044-CR-GAYLES
AUSA: Shannon Shaw    Attorney: _____
Violation: CONSP/DISTR/COCAINE KNOWING IT WOULD IMPORT INTO THE U.S./CONSP/PWID COCAINE ONBOARD A    Surr/Arrest Date: 9/20/2019    YOB: 1948
Proceeding: Initial Appearance    CJA Appt: Juan de Jesus Gonzalez
Bond/PTD Held: ☐ Yes ☑ No    Recommended Bond: _____
Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition: Advised & Sworn

AFPD Conflict CJA appoint.

Govt. Recommends PTD / Risk & Danger

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
(PTD)/Bond Hearing: 9/26  10 AM
(Prelim)/(Arraign) or Removal: 9/26  10 AM
Status Conference RE: _____
D.A.R. 13:53:08    Time in Court: 8 min

s/Jonathan Goodman    Magistrate Judge