# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3          Date: 9/26/19     Time: 10:00 a.m.

Defendant: FERNANDO TABORDA          J#: 40722-018   Case #: 18-20044-CR-GAYLES

AUSA: Peter Otterbridge          Attorney: JUAN DE JESUS GONZALEZ (CJA)

Violation: CONSP/DISTRIBUTE COCAINE KNOWING IT WOULD BE IMPORTED INTO THE U.S.

Proceeding: Arraignment/Detention          CJA Appt:

Bond/PTD Held: (circled)  Yes   ✓ No     Recommended Bond: PTD

Bond Set at:          Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition:

Arraigned

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Both sides stipulate to a $250,000 CSB with Nebbia; reserving the right to a PTD hearing at a later date

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:       Time:       Judge:       Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:29:58          Time in Court: 3 min.