UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CR-20044-DPG

UNITED STATES OF AMERICA,

v.

FERNANDO TABORDA.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

COMES NOW the Defendant, Fernando Taborda, by and through undersigned counsel and moves this Honorable Court to Continue Trial Date and in support hereof states as follows:

1. The foregoing cause is presently scheduled for Calendar Call on November 6, 2019 with trial scheduled on November 12, 2019.
2. Discovery in the instant case was received on October 29, 2019.
3. Undersigned counsel has been unable to review the discovery with the Defendant.
4. Counsel has conferred with A.U.S.A. Yeney Hernandez who does not oppose the granting of this Motion.

WHEREFORE the Defense respectfully requests a continuance of 60 days to properly prepare its case for trial.

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to the office of the A.U.S.A. Yeney Hernandez and all relevant parties hereto via the Federal Courts' CM/ECF system this 1st day of November, 2019.

Respectfully submitted,

JUAN DE JESUS GONZALEZ, LAWYER, P.A.
Attorney for Fernando Taborda
12905 Bird Road, Suite 204
Miami, Florida 33175

Tel: 305.596.4500
Fax: 305.596.4515
JuanGonzalezLaw@aol.com

*/s/ Juan de Jesus Gonzalez*
_____
FBN 371904