UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20044-CR-GAYLES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FERNANDO TABORDA,
    Defendant.
_____/

**CHANGE OF PLEA MINUTES AND DEFENDANT'S WAIVER TO APPEAR BEFORE U.S. DISTRICT JUDGE**

On **Feb. 6, 2020** the above-named defendant appeared in person before the Honorable **ALICIA M. OTAZO-REYES, United States Magistrate Judge,** with counsel _Juan DeJesus Gonzalez (CJA)_ and said defendant stated in open court that he desired to withdraw his/her plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) **1** of the (Indictment)/Information. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

(X) Defendant waived his/her right to appear before an Article III U.S. District Court Judge and consented to appear before a U.S. Magistrate Judge.

(X) The Court shall recommend to the U.S. District Court Judge that the defendant's plea shall be accepted.

( ) The Court proceeded to pronounce sentence.

(X) The Court postponed sentencing.

( ) The defendant was allowed to remain on present bond until Sentencing.

(X) The defendant remains in custody. _250K CSB Nebbia_

( ) The defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

_[signature]_
**ALICIA M. OTAZO-REYES**
**UNITED STATES MAGISTRATE JUDGE**

TIME IN COURT: _30 Min_
LANGUAGE _Spanish_
CRD _Stephanie A. Lee_
COURT REPORTER _Glenda Powers (Swing)_

_X_ Defense Counsel's Signature _[signature]_
_X_ DEFENDANT'S Signature _[signature]_
_X_ AUSA'S signature _[signature] Yency Hernandez_