UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  18-CR-20044

UNITED STATES OF AMERICA,

v.

FERNANDO TABORDA.
_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant, Fernando Taborda, by and through undersigned counsel and moves this Honorable Court to continue the sentencing date in the foregoing cause and in support hereof state as follows:

1. The Defendant is scheduled to be sentenced on April 24, 2020.

2. The Defendant is in custody at F.D.C.

3. The PSI was made available to counsel on March 25, 2020.

4. F.D.C. is currently on emergency lockdown and it will be impossible for counsel to review the PSI with the defendant and prepare for the sentencing in the current state of national emergency.

5. Accordingly, the undersgiend requests that the Court reschedule the sentence to a date 60 days in the future.

6. Undersigned counsel has conferred with A.U.S.A. Yeney Hernandez who does not oppose the granting of this motion.

WHEREFORE the Defendant and undersigned counsel respectfully prays this Honorable Court enter an order resetting the sentencing date for at least 60 days in the future.

I HERBY CERTIFY that a true and correct copy of the foregoing was provided to the office of the United States Attorney via the CM/ECF filing system this 27th day of March, 2020.

Respectfully submitted,

*/s/ Juan de Jesus Gonzalez*

_____

**JUAN DE JESUS GONZALEZ, LAWYER**
**Attorney for FERNANDO TABORDA**
**JUAN DE JESUS GONZALEZ, LAWYER, PA**
**12905 Bird Road, Suite 204**
**Miami, Florida  33175**
**Tel:    (305) 596-4500**
**Fax:   (305) 596-4515**
**JuanGonzalezLaw@aol.com**