UNITED STATES DISTRICT COURT FOR THE
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    —    Case No 1:18-CR-20044-DPG

v. FERNANDO TABORDA            Judge DARRIN P. GAYLES

FILED BY MC D.C.
NOV 0 6 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

   NOW COMES the Defendant, Fernando Taborda Petitioner, proceeding in this matter Pro Se, requesting Amendment 821 retroactive to the U.S. Sentencing Guidelines, which effects individuals with either (1) "Status Points" for commission of an offense while under a criminal justice sentence (USSG § 4A1.1 (d)) or those with zero criminal history points.

   This amendment takes effect on November 1, 2023.

   The Petitioner prays that this Honorable Court accepts his request for Amendment 821.

11-2-23
Date

Fernando Taborda
Signature

